# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jonathan N. Callender                    Docket No. 5:15-MJ-1919-1

### Petition for Action on Conditions of Pretrial Release

    COMES NOW Debbie W. Starling, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Jonathan N. Callender, who was placed under pretrial release supervision by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, sitting in the Court at Fayetteville, on the 7th day of October, 2015. Violation Reports were submitted on October 16 and October 30, 2015, notifying the Court of drug use as evidenced by a drug screen submitted on October 16, 2015. The defendant was scheduled for arraignment on November 4, 2015. His arraignment was continued to December 9, 2015.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant submitted a urine specimen on October 23, 2015, which was subsequently confirmed positive for marijuana, oxycodone, and oxymorphone. Urine specimens were also submitted on November 5 and November 12, 2015, and the probation office is awaiting results at this time. The defendant reported to the office on November 12, 2015, and admitted that he has an addiction to Percocet and marijuana, and desires inpatient treatment. He signed an Admission of Drug Use Statement admitting that he last used marijuana and Percocet on November 10, 2015, and that he uses these substances on a daily basis. The defendant made contact with Unlimited Access and requested assistance in getting into detox/treatment. Callender was advised that the court will be notified of his drug use, and that he should take the steps necessary to address his addiction.

**PRAYING THAT THE COURT WILL ORDER** a hearing held to determine if the defendant's bond should be revoked.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt<br>Robert K. Britt<br>Supervising U.S. Probation Officer | /s/ Debbie W. Starling<br>Debbie W. Starling<br>U.S. Probation Officer<br>310 Dick Street,<br>Fayetteville, NC 28301-5730<br>Phone: 910-483-8613<br>Executed On: November 16, 2015 |

### ORDER OF THE COURT

Considered and ordered the  18th  day of   November  , 2015, and ordered filed and made part of the records in the above case.

_/s/ Kimberly A. Swank_
Kimberly A. Swank
U.S. Magistrate Judge