PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jonathan N. CallenderDocket No. 5:15-MJ-1919-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Marla M. Bianco, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Jonathan N. Callender, who was placed under pretrial release supervision by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, sitting in the Court at Fayetteville, on the 7th day of October, 2015. Violation Reports were submitted on October 16 and October 30, 2015, notifying the Court of drug use as evidenced by a drug screen submitted on October 16, 2015. A Petition for Action on Conditions of Pretrial Release was filed on November 19, 2015, advising of drug use. A hearing was scheduled for December 10, 2015. The defendant appeared before the Court and the matter was continued to February 8, 2016. Defendant appeared on February 8, 2016 and he was continued under Pretrial Release.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 28, 2016, the defendant tested positive for marijuana, cocaine and oxycodone use. On May 13, 2016, when confronted with the results, the defendant admitted to the use of illegal substances. The defendant has been intermittently participating in outpatient treatment at this time states he doesn't have time to make it to group and doesn't feel he needs any help.

**PRAYING THAT THE COURT WILL ORDER** a hearing held to determine if the defendant's bond should be revoked.

Reviewed and approved,I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith/s/ Marla M. Bianco
Eddie J. SmithMarla M. Bianco
Supervising U.S. Probation OfficerU.S. Probation Officer
310 Dick Street,
Fayetteville, NC 28301-5730
Phone: 910-354-2535
Executed On: May 13, 2016

### ORDER OF THE COURT

Considered and ordered the __13th__ day of __May__, 2016, and ordered filed and made part of the records in the above case.

_Kimberly A. Swank_
Kimberly A. Swank
U.S. Magistrate Judge