UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-MJ-1919

UNITED STATES OF AMERICA

v.

**ORDER REVOKING BOND**

JONATHAN N. CALLENDER

*Defendant.*

Defendant was previously released on bond, pursuant to the Bail Reform Act, 18 U.S.C. § 3142 *et seq*. The government has moved for revocation of bond based on allegations that Defendant violated the conditions of his release. For the reasons stated on the record, the Court finds, under 18 U.S.C. § 3148(b), that there is:

☒ probable cause to believe that Defendant has committed a Federal, State, or local crime while on release (if so, a rebuttable presumption arises that no condition or combination of conditions will assure that Defendant will not pose a danger to the safety of any other person or the community); or

☒ clear and convincing evidence that Defendant has violated any other condition of release;

**AND**

☒ based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that Defendant will not flee or pose a danger to the safety of any other person or the community; or

☒ Defendant is unlikely to abide by any condition or combination of conditions of release.

Therefore, the bond for Defendant is hereby **REVOKED** and it is **ORDERED** that Defendant shall be committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. Defendant shall be afforded a reasonable opportunity to consult privately with defense counsel. On order of the court or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for any court appearances.

Due to Defendant's failure to appear in court for the hearing of this matter, the clerk is further **DIRECTED** to issue a warrant for Defendant's arrest.

Date: June 16, 2016

Kimberly A. Swank
United States Magistrate Judge