IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:15-MJ-1919-KS-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JONATHAN N. CALLENDER, | ) | |
| | ) | |
| Defendant. | ) | |

As announced in open court today, defendant is RELEASED on the terms set forth in the Order Setting Conditions of Release entered 7 October 2015 (D.E. 8) and the following additional condition:

> Defendant must abide by the following restrictions on personal association, residence, or travel: he must not travel outside the Eastern District of North Carolina unless such travel is pre-approved by the United States Probation Office or the supervising Probation Officer.

Defendant must appear at the Terry Sanford Federal Building and Courthouse, 310 New Bern Avenue, Raleigh, North Carolina on Wednesday, 4 January 2017, at 8:00 a.m.

SO ORDERED, this 16th day of November 2016.

_____
James E. Gates
United States Magistrate Judge