U.S.A. vs. Jonathan N. Callender                Docket No. 5:15-MJ-1919-1

### Petition for Action on Probation

COMES NOW Marla Bianco, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jonathan N. Callender, who, upon an earlier plea of guilty to Simple Possession of Marijuana, in violation of 21 U.S.C. § 844(a), was sentenced by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, on February 1, 2017, to a 12 month term of probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On February 7, 2017, the defendant tested positive for Cocaine. When confronted with the results, Callender stated it was poor decision making on his part and reports it will not happen again. The defendant signed an admission form acknowledging his use of Cocaine on or about February 17, 2017. The defendant was verbally reprimanded and reminded he is to comply with the Surprise Urinalysis Program as well as participate in substance abuse treatment.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 3 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Marla Bianco<br>Marla Bianco<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: 910.354.2535<br>Executed On: February 26, 2017 |

### ORDER OF THE COURT

Considered and ordered on February 28, 2017. It is further ordered that this document shall be filed and made a part of the records in the above case.

_Robert T. Numbers II_
Robert T. Numbers, II
United States Magistrate Judge